

ENTERED
10/24/2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| TAMARA TURNER; aka OWENS | § | CASE NO: 14-32173 |
| Debtor(s) | § | |
| | § | CHAPTER 7 |

## CIVIL CONTEMPT ORDER

For the reasons set forth in the Court's Memorandum Opinion issued on this date, the Court Orders:

1. Tamara Turner must commit herself to the custody of the United States Marshal, located in Suite 10017 on the 10th floor of the Bob Casey United States Courthouse, 515 Rusk Avenue Houston, TX, on or before 10:00 a.m. on October 28, 2019.  If she fails to comply with the first sentence of this paragraph, the United States Marshal is ordered to take her into custody.

2. During the period of custody, Ms. Turner will have full and unfettered access to her attorney, subject to the reasonable and customary restrictions of the USMS.

3. Ms. Turner will be released from civil contempt and released from custody upon compliance with this order.  Compliance will have occurred when Ms. Turner:

    a. Turns over the 2012 Audi A7 (VIN: WAUSGAFC6CN002027) and the 2015 Cadillac Escalade (VIN: 1GYS3BKJ7FR214371) to Kar Market, or

    b. Submits to the Court a statement detailing her present inability to turnover the vehicles.  Such statement must set forth, in detail[1], the following:

        i. The date on which Ms. Turner gave up possession of the vehicles;

        ii. The precise names of the entities and/or individuals who received the vehicles from Ms. Turner;

        iii. Why Ms. Turner has been unable to contact such persons or obtain documentation from them relating to the turnover(s);

        iv. The names of each individual who accompanied Ms. Turner when she lost possession of the vehicles;

        v. The address at which the loss of possession occurred;

---

[1] Ms. Turner is advised that merely repeating her prior vague and inconsistent stories will not satisfy her obligations under this Order.

    vi. The consideration Ms. Turner received in exchange for the vehicles; and

    vii. All efforts Ms. Turner has undertaken to locate the vehicles, or

  c. Otherwise filing sufficient and credible documentation that Ms. Turner is unable comply with this Court's Orders.

4. Upon satisfaction of her conditions for release, Ms. Turner may file an emergency motion seeking her immediate release from custody.

SIGNED **October 24, 2019.**

              _____
                 Marvin Isgur
             UNITED STATES BANKRUPTCY JUDGE